**LAW OFFICES OF LORNE M. REITER, LLC**
14 WALL STREET, 20TH FLOOR
NEW YORK, NY 10005

TEL. (212) 222-0955
FAX (212) 202-4784

LORNE M. REITER *

LAURA C. JOHNSON +
SHARON B. MORELAND #

* ADMITTED NEW YORK & NEW JERSEY
+ ADMITTED NEW JERSEY & COLORADO
# ADMITTED NEW YORK, NEW JERSEY & MASSACHUSETTS

> Application granted.
>
> The parties shall file their Proposed Civil Case Discovery Plan and Scheduling Order by 5:00 p.m. on August 18, 2022.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 7.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> August 16, 2022

August 15, 2022

jsj@krne.com

District Judge Philip M. Halpern
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    Troy O'Hanlon v. CRST et als.
            Civil action number: 22-cv-04764-PMH

Honorable Sir:

    Our office represents defendants CRST Lincoln Sales Inc., CRST Expedited, Inc. and Jarred Ray Bagley with respect to the above-captioned matter.

    Kindly accept this correspondence as the parties' joint request that the submission due date for the proposed Case discovery plan and Scheduling order be extended from August 15, 2022 until August 18, 2022.

    I spoke with Rosemary from the plaintiff's counsel's office, who advised that Mr. Jefferson has been on vacation, and returns to the office on August 17, 2022. The parties have therefore been unable to consult and coordinate a joint discovery plan for submission to the court.

    Thank you for your consideration.

                                Respectfully submitted,

                                *s/Lorne M. Reiter*

                                LORNE M. REITER

LMR:mtf
cc:    Jerome S. Jefferson, Esq.