**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X
31 WAYNE AVENUE, LLC,

                     Plaintiff,                          22 **CIVIL** 4764 (AEK)

          -against-                                  **JUDGMENT**

CRST LINCOLN SALES INC., CRST
EXPEDITED, INC., and JARRED RAY
BAGLEY,

                     Defendant.
--------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons

set forth in the Court's Decision and Order dated December 21, 2023, Defendants are liable to

Plaintiff in the amount of $22,562.98. Judgment entered in favor of Plaintiff and the case is

closed.

**Dated:**  New York, New York
         December 22, 2023


                                          **RUBY J. KRAJICK**
                                          **Clerk of Court**

               **BY:**

                             _____
                                        **Deputy Clerk**